UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO POWELL and LASHONDA
POWELL,

        Plaintiffs,                            Case Number 15-13342

v.                                             Honorable David M. Lawson

STATE FARM FIRE AND CASUALTY
COMPANY,

        Defendant.
_____/

## ORDER OF DISMISSAL

On November 30, 2016, the parties informed the Court by email that they had reached a final settlement of all claims in the case. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the case to enforce the settlement agreement on or before December 30, 2016.

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
                                                    United States District Judge

Dated:   November 30, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 30, 2016.

                                s/Susan Pinkowski
                                SUSAN PINKOWSKI